STATE *vs*. HENRY MAHONEY.

PROVIDENCE—JULY 25, 1902.

PRESENT : Stiness, C. J., Tillinghast and Blodgett JJ.

(1) *Indictments. Practice. Criminal Law.*

An indictment charging the violation of a statute which fails to specifically negative the exceptions from the prohibitions of the statute is bad on demurrer.

INDICTMENT charging defendant with a violation of Gen. Laws cap. 152, § 8, of medicines and poisons. Heard on demurrer, and demurrer sustained.

(1) PER CURIAM. The court is of the opinion that the exceptions from the prohibitions of the statute should be specifically negatived, since the allegations in the indictment may all be true and the respondent nevertheless may be within the exceptions contained in section 8 of chapter 152.

Demurrer sustained.

*Charles F. Stearns, Attorney-General*, for State.
*John W. Hogan*, for defendant.